FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-3346
_____

ANTONIO OWENS,

    Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 5, 2019

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Antonio Owens, pro se, Petitioner.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.